# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION


ADELAIDE SANTANA-CUCUTA,

      Plaintiff,

v.                                                                          CASE NO.:  8:17-cv-02429-CEH-TGW


FIFTH THIRD BANK,

      Defendants.

---

## NOTICE OF PENDING SETTLEMENT

---

Plaintiff, ADELAIDE SANTANA-CUCUTA, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, ADELAIDE SANTANA-CUCUTA, and Defendant, FIFTH THIRD BANK, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.


            */s/Amanda J. Allen, Esq.*
            **Amanda J. Allen, Esq**.
            Florida Bar No.:  98228
            Amanda@TheConsumerProtectionFirm.com
            THE CONSUMER PROTECTION FIRM, PLLC
            4030 Henderson Blvd.
            Tampa, FL 33629
            Telephone: (813) 500-1500
            Facsimile: (813) 435-2369
            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on February 15, 2018, the foregoing was served using the

CM/ECF system, which will provide electronic notice of filing to all counsel of record.

/s/Amanda J. Allen, Esq.
Amanda J. Allen, Esq.
Florida Bar No.:  98228
Amanda@TheConsumerProtectionFirm.com
William Peerce Howard, Esq.
Florida Bar No.:  0103330
Billy@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
*Attorney for Plaintiff*