UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADELAIDE SANTANA-CUCUTA,

    Plaintiff,

v.                                    Case No: 8:17-cv-2429-T-36TGW

FIFTH THIRD BANK,

    Defendant.
_____/

# **O R D E R**

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 19). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)     The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 19).

2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on March 30, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record